**Order entered August 4, 2015**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01271-CR

**RUTH BARRADAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1263141-U**

## ORDER

Before the Court is the State of Texas's August 3, 2015 First Motion for Extension of Time to File its Contemporaneously-Tendered Brief. We **GRANT** the motion. The Clerk is **DIRECTED** to file the brief tendered by the State on August 3, 2015.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE